# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: CV11-5310    Date Filed: _____

Plaintiff:
**Maribel Reyes**

vs.

Defendant:
**Client Services, INC.**

For:
M. Harvey Rephen & Associates PC
708 - 3rd Ave.
Floor 6
New York, NY 10017-4119

Received by Master File on the 8th day of November, 2011 at 12:58 pm to be served on **Client Services, Inc., 3451 Harry S. Truman Road, Saint Charles, MO 63301**.

I, Justin Roussel, being duly sworn, depose and say that on the **11th day of November, 2011** at **10:05 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Kerry Simpson** as **General Counsel** for **Client Services, Inc.**, at the address of: **3451 Harry S. Truman Road, Saint Charles, MO 63301**, and informed said person of the contents therein, in compliance with state statutes.

Subscribed and sworn to before me on the the 5th day of December, 2011 by the affiant who is personally known to me.

_H. Kathleen Dunn_
Notary public

H. KATHLEEN DUNN
Notary Public - Notary Seal
State of Missouri
Commissioned for St Louis County
My Commission Expires: June 30, 2012
Commission Number: 08412714

Justin Roussel
Process Server

Master File
13545 Barrett Parkway Drive
Suite 150
Ballwin, MO 63021
(314) 965-2144
Our Job Serial Number: MFI-2011000486

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g