FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 15 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIBEL REYES,

                              Plaintiff,

   -against-

CLIENT SERVICES INC.,

                            Defendant.
-----------------------------------------------------------X

Civil Action No.
11-cv-5310
(JFB)(WDW)

**STIPULATION
OF DISCONTINUANCE
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the above-entitled action, that this action and any and all claims, counter-claims, and any and all other claims that were or could have been asserted by and between any of the parties herein be, and the same hereby are, discontinued with prejudice, without costs to any party as against the other.

IT IS HEREBY FURTHER STIPULATED, AGREED AND CONSENTED TO THAT this stipulation may be executed in any number of counterparts, all of which counterparts, taken together, shall constitute one and the same instrument;

IT IS HEREBY FURTHER STIPULATED, AGREED AND CONSENTED TO THAT facsimile signatures to this stipulation may be treated as original signatures; and

IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO that this Stipulation may be submitted to the Court without further notice to any party.

Dated: Woodbury, New York
June 14, 2012

LAW OFFICE OF WILLIAM G. GOODE

BY: *William G. Goode* (signature)
William G. Goode (WGG 4506)
Attorney for Plaintiff
350 Veterans Memorial Highway
Commack, NY 11725
(631) 223-7740
(888) 415-1859 – Facsimile
Email: william@williamgoode.com

MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

BY: (signature)
Susan J. Stromberg (SS 3954)
Attorney for Defendant
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
(516) 712-4013 -Facsimile
File No: 248-8185
Email: sstromberg@milbermakris.com

*The Clerk of the Court shall close the case.*

So Ordered: 6/15/12

_____
U.S.D.J.